No. 87–7253. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 87–7256. LAWSON v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 87–7257. BURTON v. REPPOND ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–7258. GRAVES v. THURMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 87–7259. HAMM v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 87–7260. JOHNSON v. HARDCASTLE, SHERIFF OF SARASOTA COUNTY. C. A. 11th Cir. Certiorari denied. 

No. 87–7261. COLEMAN, DBA CYCLE LOGIC v. LADD; and IN RE COLEMAN. Sup. Ct. N. H. Certiorari denied.

No. 87–7262. DE YOUNG v. SOENS ET AL. C. A. 8th Cir. Certiorari denied. 

No. 87–7266. CURRO v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 87–7267. MCQUARIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 87–7268. MARKHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 87–7269. PHILLIPS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 87–7271. SZAREWICZ v. FLAHERTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–7274. BARLOW v. ESSELTE PENDAFLEX CORP. C. A. 4th Cir. Certiorari denied. 

No. 87–7275. HOOPER v. GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 87–7277. KOPLOW v. CITY OF PORTLAND ET AL. Super. Ct. Me., Cumberland County. Certiorari denied.